**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Samuel F. Barnum
**LAW OFFICES OF SAMUEL F. BARNUM**
4302 Redwood Highway, Suite 100
San Rafael, CA 94903
Tel: 415.492.9800
Fax: 415.492.9808

Attorneys for Plaintiff
NANCY MAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.  3:13-cv-04803 VC<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT PURSUANT TO ORDER OF APRIL 17, 2014**<br><br>**Judge: Hon. Vince Chhabria** |

    Plaintiff Nancy Mahan and Defendant Unum Life Insurance Company of America hereby jointly submit this FURTHER JOINT CASE MANAGEMENT STATEMENT in compliance with this Court's April 17, 2014 order.  The parties will not reiterate those issues raised in the

1

FURTHER JOINT CASE MANAGEMENT STATEMENT PURSUANT TO ORDER OF
APRIL 17, 2014
Case No.  3:13-cv-04803 VC

Joint Case Management Conference Statement (Dkt. #24) filed on February 13, 2014 and the Further Joint Case Management Conference Statement (Dkt. #26) filed on March 6, 2014. .

1. **Defendant's Motion For Summary Judgment/Partial Motion For Summary Judgment**

The parties have agreed that defendant, Unum, should file a motion for summary judgment on the contractual limitation issue, as well as other issues in the first instance.  The outcome of Unum's motion for summary judgment/partial summary judgment will determine whether it is necessary to address other issues.  To this end, Judge Chen set the following briefing schedule for defendant, Unum's, Motion for Summary Judgment/Partial Summary Judgment Motion as follows:

| | |
|---|---|
| May 8, 2014 | Unum to file motion for SJ / partial SJ |
| May 22, 2014 | Plaintiff to file opposition to motion for SJ / partial SJ |
| May 29, 2014 | Unum to file reply in support of motion for SJ / partial SJ |
| June 12, 2014 | Hearing on Unum's motion for SJ / partial SJ |

2. **Revised Briefing Schedule For Defendant Unum's Motion For Summary Judgment/Partial Motion For Summary Judgment**

This Court's first available hearing date is Thursday, June 26, 2014.  As a result, Unum requests that the briefing schedule be adjusted as follows:

| | |
|---|---|
| May 22, 2014 | Unum to file motion for SJ / partial SJ |
| June 5, 2014 | Plaintiff to file opposition to motion for SJ / partial SJ |
| June 12, 2014 | Unum to file reply in support of SJ / partial SJ |
| June 26, 2104 | Hearing on Unum's motion for SJ / partial SJ |

Unum requires this additional 13 days to file its motion for summary judgment/partial summary judgment as Unum's counsel is scheduled to be in trial on May 9, 2014 in Alameda

2

FURTHER JOINT CASE MANAGEMENT STATEMENT PURSUANT TO ORDER OF
APRIL 17, 2014
Case No.  3:13-cv-04803 VC

1. County Superior Court. Additionally, Unum's attorney has been out of the state from April 24, 2014 attending her daughter's "We The People" National Competition and will be traveling on to Chicago on April 29, 2014 through May 2, 2014 for a conference sponsored by the Defense Research Institute.

Plaintiff's counsel does not object to this short continuance of the briefing schedule.

**RIMAC MARTIN, P.C.**

DATED: April 30, 2014    By: /s/ Anna M. Martin
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**LAW OFFICES OF SAMUEL F. BARNUM**

DATED: April 30, 2014    By: /s/ Samuel F. Barnum
SAMUEL F. BARNUM
Attorneys for Plaintiff
NANCY MAHAN

### CASE MANAGEMENT ORDER

Pursuant to the above FURTHER JOINT CASE MANAGEMENT STATEMENT the Court accepts the briefing schedule proposed by the parties.

**IT IS SO ORDERED.**

Dated: May 6, 2014

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA