UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MAHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No.  13-cv-04803-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO SEAL** |

　　　　The Court GRANTS in part and DENIES in part the parties' Joint Motion to File the Administrative Record Under Seal (Docket No. 32).  The Court finds that the parties have satisfied Rule 26(c)'s "good cause" standard with respect to filing the administrative record under seal.  The parties represent that the record is over 4,000 pages and replete with confidential personal information, including the plaintiff's medical records and medical information, Social Security number, employment information, and salary information, which if made public, could harm the plaintiff's interests.  See Sullivan v. Prudential Ins. Co. of Am., 2012 WL 376904, at *1 (E.D. Cal. Aug. 29, 2012).   Thus, the Court GRANTS the motion to allow the parties to file the administrative record under seal.

　　　　However, the Court concludes that the parties have not presented "compelling reasons supported by specific factual findings" to justify filing excerpts of the record under seal in connection with the defendant's motion for summary judgment.  Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (internal quotations and citations omitted).  The parties have not filed an unredacted version of the document sought to be sealed or shown why redaction of the excerpts is not possible.  See L.R. 79-5(d).  Accordingly, the Court DENIES the motion, without prejudice, to the extent the parties seek to file excerpts of the record under seal as part of a dispositive motion.

1        **IT IS SO ORDERED.**

2    Dated:  May 22, 2014

3    _____
                                            VINCE CHHABRIA
4                                           United States District Judge