United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MAHAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 13-cv-04803-VC<br><br>**GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 35 - 46 |

The Court GRANTS in part and DENIES in part the parties' Administrative Motions to File Under Seal. Please refer to the Court's prior order at Docket Number 33, which now applies to these identical motions filed as Docket Numbers 35 - 46. In its order, the Court granted the parties' request to file the administrative record under seal. As the attachments to Docket Numbers 36 - 46 are all unredacted portions of the administrative record, they may be filed under seal.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
VINCE CHHABRIA
United States District Judge