LAW OFFICES OF
**SAMUEL F. BARNUM**
SAMUEL F. BARNUM [SBN 75767]
4302 REDWOOD HIGHWAY, SUITE 100
SAN RAFAEL, CALIFORNIA  94903
Tel:  (415) 492-9800
Fax: (415) 492-9808

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN,<br><br>    Plaintiff,<br> vs.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.  C 3:13-cv-04803 VC<br><br>MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; ~~PROPOSED ORDER~~<br><br>AND ORDER DENYING MOTION |

  Plaintiff hereby moves the Court for an order removing an incorrectly filed document containing confidential client information, on the following grounds.

  On September 11, 2014, counsel for Plaintiff filed ECF Doc. No. 88.  Included as part of Doc. 88 was Exhibit B (ECF Doc. No. 88-2).  Exhibit B consists of several unredacted documents containing plaintiff's confidential medical and financial information.  Exhibit B was not to be filed as part of the ECF court record but instead was intended to be submitted to the Court only as a chambers copy, due to the confidential nature of information contained therein.

---

Upon discovering that Exhibit B was filed as part of the Docket in this matter, counsel for Plaintiff notified Judge Chhabria's Docket Clerk and the ECF HelpDesk of the error. Effective today, the ECF HelpDesk placed a temporary block on ECF Doc. No. 88-2.

For the reasons set forth herein, Plaintiff moves the court for an order permanently removing ECF Doc. No. 88-2 from ECF. Issuance of the requested order is necessary and appropriate in order to prevent the unintended disclosure of Plaintiff's confidential information.

Respectfully Submitted,

Date: September 17, 2014        LAW OFFICES OF SAMUEL F. BARNUM

By:  /s/ *Samuel F. Barnum*
Attorney for Plaintiff

[PROPOSED] ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Clerk of the Court permanently remove ECF Doc. No. 88-2 from ECF.

Date: September 19, 2014        _____
HON. VINCE CHHABRIA
UNITED STATES

**DENIED** — Judge Vince Chhabria

The Motion to Remove docket number 88-2 from ECF is Denied.

The parties must file a motion to seal following the Local Rules.

---