**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
William Reilly – CSBN 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Samuel F. Barnum
**LAW OFFICES OF SAMUEL F. BARNUM**
4302 Redwood Highway, Suite 100
San Rafael, CA 94903
Tel: 415.492.9800
Fax: 415.492.9808

Attorneys for Plaintiff
NANCY MAHAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN, | Case No.  3:13-cv-04803 VC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINE THE DEADLINE TO COMPLETE THE MANDATORY SETTLEMENT CONFERENCE AND TO CONTINUE THE DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff, Nancy Mahan and Defendant, Unum Life Insurance Company of America by and through their counsel of record hereby stipulate as follows:

1

STIPULATION AND ORDER TO CONTINE THE DEADLINE TO COMPLETE THE MANDATORY SETTLEMENT CONFERENCE AND TO CONTINUE THE DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No.  3:13-cv-04803 VC

1   On September 25, 2014 the Court issued an Order that the parties complete a settlement
2   conference with a Magistrate Judge in December 2014;
3   On October 2, 2014, Magistrate Judge Ryu set a December 19, 2014 date for the
4   settlement conference;
5   On October 7, 2014, Unum informed the Court that its party representative was unable to
6   appear in person on December 19, 2014;
7   To permit Unum's representative to appear in person the parties stipulate to continue the
8   deadline to complete the settlement conference to March 1, 2014.
9   Furthermore, to permit the settlement conference to be completed before the briefing on
10  the cross-motions are due, the parties stipulate to continue the briefing schedule as follows:
11  Plaintiff's opening brief in support of her motion for summary judgment will be filed on
12  or before March 12, 2015;
13  Defendant's opening cross-motion and opposition brief will be filed on or before March
14  26, 2015;
15  Plaintiff's reply and opposition brief will be filed on or before April 9, 2015;
16  Defendant's reply brief will be filed on or before April 16, 2015; and
17  The cross-motions will be heard on April 30, 2015.
18  SO STIPULATED.

**RIMAC MARTIN, P.C.**

DATED:  October 13, 2014          By:  _/s/ William Reilly_
                                  WILLIAM REILLY
                                  Attorneys for Defendant
                                  UNUM LIFE INSURANCE COMPANY OF
                                  AMERICA

2

STIPULATION AND ORDER TO CONTINE THE DEADLINE TO COMPLETE THE MANDATORY SETTLEMENT CONFERENCE AND TO CONTINUE THE DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No.  3:13-cv-04803 VC

| | | |
|---|---|---|
| 1 | | **LAW OFFICES OF SAMUEL F. BARNUM** |
| 2 | DATED:  October 13, 2014 | By:  */s/ Samuel F. Barnum* |
| 3 | | SAMUEL F. BARNUM |
| | | Attorneys for Plaintiff |
| | | NANCY MAHAN |

**IT IS SO ORDERED.**

Dated: October 14, 2014



_____
HON.
U.S.                                           JUDGE

3

STIPULATION AND ORDER TO CONTINE THE DEADLINE TO COMPLETE THE MANDATORY SETTLEMENT CONFERENCE AND TO CONTINUE THE DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No.  3:13-cv-04803 VC

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On October 13, 2014 the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**STIPULATION AND ORDER TO CONTINE THE DEADLINE TO COMPLETE THE MANDATORY SETTLEMENT CONFERENCE AND TO CONTINUE THE DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on October 13, 2014 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Fatima Bonilla | */s/ Fatima Bonilla* |
|---|---|
| (Type or print name) | (Signature) |