**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
William Reilly – CSBN 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Samuel F. Barnum
**LAW OFFICES OF SAMUEL F. BARNUM**
4302 Redwood Highway, Suite 100
San Rafael, CA 94903
Tel: 415.492.9800
Fax: 415.492.9808

Attorneys for Plaintiff
NANCY MAHAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN, | Case No.  3:13-cv-04803 VC DMR |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DISCOVERY CUT-OFF TO COMPLETE THE DEPOSITION OF DEFENDANT** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff, Nancy Mahan and Defendant, Unum Life Insurance Company of America by and through their counsel of record hereby stipulate to continue the December 18, 2014

1

1  Discovery Cut-Off to January 30, 2015 for the limited purpose of completing the deposition of
2  defendant originally noticed for December 3, 2014.
3       Good cause exists for this extension because the defendant's deponent(s) and defendant's
4  counsel are unavailable until after the holidays.

6       SO STIPULATED.

**RIMAC MARTIN, P.C.**

8  DATED:  December 18, 2014     By: */s/ William Reilly*
9      WILLIAM REILLY
    Attorneys for Defendant
10     UNUM LIFE INSURANCE COMPANY OF
    AMERICA

13  **LAW OFFICES OF SAMUEL F. BARNUM**

14  DATED:  December 18, 2014     By: */s/ Samuel F. Barnum*
    SAMUEL F. BARNUM
15     Attorneys for Plaintiff
16     NANCY MAHAN

18  **IT IS SO ORDERED.**
19  Dated: December 19, 2014
20      HON. VINCE CHHABRIA
    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On December 18, 2014 the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**STIPULATION AND ORDER TO CONTINUE THE DISCOVERY CUT-OFF**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on December 18, 2014 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Fatima Bonilla | */s/ Fatima Bonilla* |
|---|---|
| (Type or print name) | (Signature) |

CERTIFICATE OF SERVICE