**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
William Reilly – CSBN 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN, | ) Case No.  3:13-cv-04803 VC DMR |
| Plaintiff, | ) [~~PROPOSED~~] ORDER RE: |
| | ) ATTENDANCE AT MEDIATION |
| v. | ) (AS MODIFIED) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED that the request to excuse Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum"), from appearing in person at the January 27, 2015 Settlement Conference before Honorable Donna M. Ryu is GRANTED because Michael L. Parker, Assistant Vice President and Special Counsel who was set to travel from Portland, Maine to appear on behalf of Unum cannot appear in person because his flight was cancelled this morning due to the blizzard conditions on the East Coast.  Mr. Parker shall be

1

1  available at all times to participate by telephone in the Settlement Conference in accordance with
2  ADR L.R. 6-10(f).  If the court concludes that the absence of Mr. Parker is interfering with the
3  settlement conference, the court may continue the settlement conference and may order personal
4  attendance by each party.

**IT IS SO ORDERED.**

Dated:  1/26/15

IT IS SO ORDERED AS MODIFIED

HON. DONNA M. RYU
UNITED STATES DISTRICT MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On January 26 2015 the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

### [PROPOSED] ORDER RE: ATTENDANCE AT MEDIATION

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on January 26, 2015 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

|  Fatima Bonilla  |  */s/ Fatima Bonilla*  |
|---|---|
| (Type or print name) | (Signature) |