**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
William Reilly – CSBN 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Samuel F. Barnum
**LAW OFFICES OF SAMUEL F. BARNUM**
4302 Redwood Highway, Suite 100
San Rafael, CA 94903
Tel: 415.492.9800
Fax: 415.492.9808

Attorneys for Plaintiff
NANCY MAHAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No.  3:13-cv-04803 VC <br><br> **STIPULATION AND ORDER TO CONTINE THE HEARING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT  AND RELATED DEADLINES** |

Plaintiff, Nancy Mahan and Defendant, Unum Life Insurance Company of America by and through their counsel of record hereby stipulate as follows:

1

STIPULATION AND ORDER TO CONTINE THE DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES
Case No.  3:13-cv-04803 VC

On October 14, 2014, this Court granted the parties Stipulation and Order to continue the Deadline to Complete the Mandatory Settlement Conference and to Continue the Dates for the Cross-Motions for Summary Judgment and set the following briefing schedule:

> Plaintiff's opening brief in support of her motion for summary judgment will be filed on or before March 12, 2015;
> Defendant's opening cross-motion and opposition brief will be filed on or before March 26, 2015;
> Plaintiff's reply and opposition brief will be filed on or before April 9, 2015;
> Defendant's reply brief will be filed on or before April 16, 2015; and
> The cross-motions will be heard on April 30, 2015.

On October 27, 2014 and twice on December 23, 2014 the parties filed stipulations and orders modifying the discovery cut-off and the settlement conference schedule, all of which were entered as Orders.

On March 13, 2014, defendant's counsel reviewed the Orders and mistakenly determined that defendant's opposition brief was due to be filed on or before April 9, 2015.  Upon checking the Docket on March 25, 2015, defendant's counsel realized his mistake and immediately called plaintiff's counsel who courteously agreed to continue all of the dates.

As such, the parties stipulate to continue the briefing schedule as follows:

Defendant's opening cross-motion and opposition brief will be filed on or before April 9, 2015;

Plaintiff's reply and opposition brief will be filed on or before April 23, 2015;

Defendant's reply brief will be filed on or before April 30, 2015; and

The cross-motions will be heard on May 14, 2015.

2

STIPULATION AND ORDER TO CONTINE THE DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES
Case No.  3:13-cv-04803 VC

GOOD CASUE EXISTS for this brief continuance due to defendant's counsel's mistake, inadvertence or excusable neglect.

SO STIPULATED.

**RIMAC MARTIN, P.C.**

DATED:  March 25, 2015         By: */s/ William Reilly*
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA


**LAW OFFICES OF SAMUEL F. BARNUM**

DATED:  March 25, 2014         By: */s/ Samuel F. Barnum*
SAMUEL F. BARNUM
Attorneys for Plaintiff
NANCY MAHAN


**IT IS SO ORDERED.**

Dated: March 26, 2015

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER TO CONTINE THE DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND RELATED DEADLINES
Case No.  3:13-cv-04803 VC