**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
William Reilly – CSBN 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MAHAN, | ) Case No.  3:13-cv-04803-VC |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO CHANGE TIME (Local Rule 6-3) |
| v. | ) AS MODIFIED |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) Date:            May 14, 2015 |
| | ) Time:           10:00 a.m. |
| | ) Courtroom:   4 |
| | ) Judge:           Hon. Vince Chhabria |

IT IS HEREBY ORDERED that Plaintiff, Nancy Mahan's Motion For Judgment and Defendant, Unum Life Insurance Company of America's ("Unum") Motion For Summary

1

**[PROPOSED] ORDER GRANTING DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO CHANGE TIME**
Case No.  3:13-cv-04803 VC

1  Judgment Or In The Alternative Cross Motion For Judgment currently set to be heard on May
2  14, 2015 are continued to _____ June 18 _____, 2015.
3
4  Dated:  May 7, 2015                              _____
5                                                   HON. VINCE CHHABRIA
                                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

2

**[PROPOSED] ORDER GRANTING DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO CHANGE TIME**
Case No.  3:13-cv-04803 VC

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On May 4, 2015, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**[PROPOSED] ORDER GRANTING DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO CHANGE TIME**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on May 4, 2015 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

|     Fatima Bonilla     |     */s/ Fatima Bonilla*     |
|------------------------|------------------------------|
|   (Type or print name) |        (Signature)           |